IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:19-CR-21 |
| vs. | : | Magistrate Judge Sharon L. Ovington |
| GAGE HOUSTON, | : | |
| Defendant. | : | |

## ENTRY PLACING DEFENDANT ON PREJUDGMENT PROBATION

Upon Motion of Defendant Houston, and for good cause shown, Defendant Houston is placed on probation for a period of one (1) year pursuant to 18 U.S.C. § 3607(a). The Court finds that Defendant Houston has not been convicted of violating a federal or state law relating to controlled substances, nor has he been previously subject to disposition under this section.

The Court places Defendant Houston on probation for a period of one (1) year under the Standard Conditions of Probation required in the United States District Court for the Southern District of Ohio, including the Special Condition that Defendant Houston: (1) participate in a program of treatment, either inpatient or outpatient, and testing for substance abuse, as directed by the U.S. Probation Officer. Defendant Houston shall make a co-payment for treatment services not to exceed $25 per month, which is determined by the Defendant's ability to pay. The imposition of probation is entered without entering a judgment of conviction and the judgment in this matter will be held in abeyance pending Defendant Houston's completion of the probationary period.

July 15, 2019

                s/Sharon L. Ovington
                Sharon L. Ovington
               United States Magistrate Judge