IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA )
)
vs )
) Case No. **3:19CR21**
)
)

**GAGE HOUSTON**

## ORDER TERMINATING PREJUDGMENT PROBATION

The above named was placed on prejudgment probation on <u>July 10, 2019,</u> for a period of <u>one (1) year</u>. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from prejudgment probation supervision and that the proceedings in the case be terminated.

Dated this  18th  day of     June        , 2020

*Sharon L. Ovington*
United States Magistrate Judge

_____
Sharon L. Ovington
United States Magistrate Court Judge